SEILER v. KLUGMAN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Isaac Seiler against Julius Klugman. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1145; 149 N. Y. Supp. 436.

In re SENDROWICZ'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) In the matter of awarding letters of administration upon the estate of Walenty Sendrowicz, deceased. No opinion. Appeal dismissed, without costs, upon stipulation filed.

SHELLEY v. FISH. (No. 6194.) (Supreme Court, Appellate Division, First Department. October 16, 1914.) Appeal from Special Term, New York County. Action by Harry R. Shelley against Horace W. Fish. From an order granting defendant's motion to strike out certain parts of the complaint, plaintiff appeals. Modified and affirmed. Herman J. Witte, of New York City, for appellant. William R. Conklin, of New York City, for respondent.

PER CURIAM. The order appealed from is modified by denying the motion to strike out the portion directed by said order to be stricken out in paragraph fifth of the complaint, and, as so modified, affirmed, without costs.

SHEPARD, Appellant, v. STRAUSS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Frederick W. Shepard against Charles Strauss and others. F. W. Shepard, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHERMAN v. CARMAN et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by George D. Sherman against Richard F. Carman and others. No opinion. Motion denied. Order filed.

SHERRY, Appellant, v. MERZ, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Louis Sherry against Frank Merz. T. M. Rowlette, of New York City, for appellant. M. B. Dean, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHERWOOD, Respondent, v. SHERWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Matilda Sherwood against Mabel Sherwood. No opinion. Appeal dismissed, unless appellant file and serve briefs by October 10th, pay respondent's attorney $10 costs, and be ready for argument on October 14th.

SHIEBLER, Respondent, v. SHIEBLER, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Mary E. Shiebler against Marvin Shiebler. J. A. Haughwout, of New York City, for appellant. R. K. Jacobs, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIMPSON et al., Respondents, v. STALLO, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by John W. Simpson and others against Edmund K. Stallo. Chas. Haldane, of New York City, for appellant. G. Sumner, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIDNEY NAT. BANK, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the Sidney National Bank against Milton J. Gordon. No opinion. Order affirmed, with $10 costs and disbursements.

SIDNEY NAT. BANK, Respondent, v. KOSCHERAK BOX & LUMBER CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the Sidney National Bank against the Koscherak Box & Lumber Company. No opinion. Order affirmed, with $10 costs and disbursements.

SIZER FORGE CO., Appellant, v. NICOLL, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by the Sizer Forge Company against Benjamin Nicoll. No opinion. Order affirmed, with $10 costs and disbursements.

SKEELE COAL CO., Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Skeele Coal Company against Charles T. Baker. N. W. Hacker, of New York City, for appellant. W. J. Dawley, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1142.

INGRAHAM, P. J., and SCOTT, J., dissent.

SKELTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) Action by Jennie P. Skelton, as administratrix, etc., against the Lehigh Valley